IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
SUMTER COUNTY

| | |
|---|---|
| State of South Carolina, ) | |
| Plaintiff, ) | Case No: 2021A4310200323 |
| vs. ) | MOTION TO DISMISS: |
| Khammeshawna Smith, ) | REPORT and RECOMMENDATION |
| Defendant. ) | |

The defendant, a state prisoner proceeding pro se, brings this action pursuant to 28 U.S.C. §1915(g), and local Civil Rule, in conjunction with Fed. R. Civ. P. 72, that the defendant complied with the court's order, to, resolve the disposition of the case. The position of the defense, is, recommending be dismissed.

## ALLEGATION

The defendant, is alleged, by the plaintiff (The State of South Carolina), that he was unlawfully carrying a weapon [pistol], and, that reasons to believe the accusation derived from a third party witness, which led to a warrantless search, after the defendant was accused of allegedly discharging the weapon.

## STANDARD OF REVIEW

The case, is a municipal court case. The state, has assigned a public defender to the defendant. No general sessions, were held, but the case has proceeded to, trial.

## DISCUSSION

The plaintiff, has violated Fed. R. Civ. P., local Civil Rules, and, violated the defendant's, 1st, 14th, and, 5th Amendment Rights, out of court, and, against the state.

## RECOMMENDATION

The plaintiff cannot cure the defects undersigned & identified above. The defendant recommends that the state dismiss the action without prejudice and without issuance and service of process.

## Orders on Motions

3:22-cv-02136-HMH-KFM Smith v. Cooke

GREENVILLE,KFM-Inmate

### U.S. District Court

### District of South Carolina

## Notice of Electronic Filing

The following transaction was entered on 8/9/2022 at 1:19 PM EDT and filed on 8/9/2022
**Case Name:**       Smith v. Cooke
**Case Number:**     3:22-cv-02136-HMH-KFM
**Filer:**
**Document Number:** 14(No document attached)

**Docket Text:**
**TEXT ORDER granting [4] Motion for Leave to Proceed in forma pauperis Signed by Magistrate Judge Kevin McDonald on 8/9/2022.(kric, )**

3:22-cv-02136-HMH-KFM Notice has been electronically mailed to:

3:22-cv-02136-HMH-KFM Notice will not be electronically mailed to:

Khammesherma Smith
378685
Kershaw Correctional Institution
Cypress 3B
4848 Goldmine Highway
Kershaw, SC 29067

Smith v. State of South Carolina
2022A430200323

August, 22 2022
Kershaw, South Carolina

s/ K. Smith
Khammesherma Smith
Pro SE, Defendant